UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             Case No. 17-20022

v.                                           Honorable Nancy G. Edmunds

ANTOINE WOODS (D-2) and AUSTIN
WOODS (D-3)

    Defendants.
_____/

**ORDER REGARDING DEFENDANTS'
MOTIONS [86, 87, 88, 89, 93, 109]**

For the reasons stated on the record during the hearing held on June 7, 2018,

IT IS ORDERED that Defendants' Motion for Disclosure of Informants' Identities and Details of Agreements (Dkt. # 86; Dkt. # 109) is DENIED; Defendants' Motion for Early Production of Witness List (Dkt. # 87; Dkt. # 109) is GRANTED IN PART and DENIED IN PART; and Defendants' Motion for Early Production of *Jencks* Material (Dkt. # 93; Dkt. # 109) is GRANTED IN PART and DENIED IN PART. The Government shall disclose *Jencks/Giglio* materials for anticipated informant witnesses 14 days before trial. The Government shall disclose *Jencks/Giglio* materials for, and produce a list of, anticipated law enforcement witnesses and fact witnesses who are not at any additional risk by reason of their testimony 28 days before trial.

IT IS FURTHER ORDERED that Defendants' Motion to Require the Government to Identify and Mark Any Rap Lyrics, Videos, Social Media Texts, Pictures, and Communications It Intends to Use at Trial and for Evidentiary Hearing Regarding Admissibility (Dkt. # 88; Dkt. #109) is GRANTED IN PART and DENIED IN PART. The

Government shall produce its Exhibit List 14 days before trial.  To the extent possible, the Government shall also identify any rap videos and exhibits the Government already knows it will use 21 days before trial.

IT IS FURTHER ORDERED that Defendants' Motion for Order for Early Disclosure of Expert Witness Testimony (Dkt. # 89; Dkt. # 109) is GRANTED IN PART and DENIED IN PART.  The Government shall produce expert disclosures 35 days before trial.

SO ORDERED.

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  June 7, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 7, 2018, by electronic and/or ordinary mail.

s/ Lisa Bartlett
Case Manager